NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAFWAT AHMED MUHI AL BAALI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, LEE CISSNA, in his official capacity as Directory of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOE 1 through XX, inclusive<br><br>Defendants. | Case No. 2:18-cv-02213-APG-PAL<br><br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**<br>**(First Request)** |

Pursuant to Local Rule 6-1, United States of America, on behalf of Federal Defendants, hereby requests a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the Summons and Complaint on the United States, the answer or other response is due by February 11, 2019. With the extension, the deadline to answer or otherwise respond would be March 13, 2019.

At midnight on December 21, 2018, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed. During the lapse in appropriations, federal law and Department policy prohibited counsel for the United States from working on this matter. After 35 days, on Friday, January 25, 2019, the United States Congress enacted and the President signed a new continuing resolution funding the Department. The United States requests this 30 extension to allow it to assess this matter and respond appropriately.

This stipulation is not sought for purposes of delay or any other improper purposes. It is the first stipulation for an extension of time to file a response.

WHEREFORE, the parties respectfully request this stipulation be granted and that the answer or other response be made due by **March 13, 2019**.

Respectfully submitted this 31st day of January 2019.

| | |
|---|---|
| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Luther Snavely<br>LUTHER SNAVELY, ESQ.<br>3365 Pepper Lane, Suite 102<br>Las Vegas, NV 89120<br><br>*Attorneys for Plaintiff* | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 31, 2019