NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAFWAT AHMED MUHI AL BAALI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, LEE CISSNA, in his official capacity as Directory of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOE 1 through XX, inclusive<br><br>Defendants. | Case No. 2:18-cv-02213-APG-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**<br>**(Second Request)** |

Pursuant to Local Rule 6-1, United States of America, on behalf of Federal Defendants, hereby requests a 60-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. ECF No. 1. Based on the Court's order granting the parties' first stipulation for an extension of time to answer, the deadline to answer or otherwise respond to the complaint is March 13, 2019. ECF No. 6.

The United States Custom and Immigration Service has requested additional

information from the Plaintiff as part of the underlying administrative process at issue in this case. Plaintiff's response to this information may impact the relief requested in this case. Both parties agree that an extension of the deadline for the United States to respond would be efficient under the circumstances.

This stipulation is not sought for purposes of delay or any other improper purposes. It is the first stipulation for an extension of time to file a response.

WHEREFORE, the parties respectfully request this stipulation be granted and that the answer or other response be made due by **May 13, 2019**.

Respectfully submitted this 8th day of March 2019.

| | |
|---|---|
| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Luther Snavely<br>LUTHER SNAVELY, ESQ.<br>3365 Pepper Lane, Suite 102<br>Las Vegas, NV 89120 | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 14, 2019