NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAFWAT AHMED MUHI AL BAALI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, LEE CISSNA, in his official capacity as Directory of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOE 1 through XX, inclusive<br><br>Defendants. | Case No. 2:18-cv-02213-APG-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**<br>**(Third Request)** |

Pursuant to Local Rule 6-1, the parties request a 30-day extension of time for the United States to file an answer or otherwise respond to Plaintiff's Complaint. ECF No. 1. The Court granted the parties' prior stipulations for extensions of time to file an answer on January 31, 2019, ECF No. 6, and on March 14, 2019, ECF No. 8. The current deadline for the United States to answer or otherwise respond to the complaint is May 13, 2019; the United States request an extension to June 12, 2019.

The United States Custom and Immigration Service requested additional information from the Plaintiff as part of the underlying administrative process at issue in this case. Plaintiff has provided this information. The United States needs additional time to evaluate Plaintiff's recent response to this information, which may eventually affect the relief requested. Both parties agree that an extension of the deadline for the United States to respond would be efficient under the circumstances.

The parties are not seeking this extension for purposes of delay or any other improper purpose. It is the third stipulation for an extension of time to file a response.

WHEREFORE, the parties respectfully request this stipulation be granted and that the answer or other response be made due by **June 12, 2019**.

Respectfully submitted this 6th day of May 2019.

| | |
|---|---|
| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Luther Snavely<br>LUTHER SNAVELY, ESQ.<br>3365 Pepper Lane, Suite 102<br>Las Vegas, NV 89120 | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 7, 2019